IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL JOYCE,                                                                    PLAINTIFF
ADC # 150227

v.                                       3:24CV00243-DPM-JTK

JUSTIN VANATA, et al.                                                            DEFENDANTS

## ORDER

Having reviewed Michael Joyce's ("Plaintiff") Amended Complaint (Doc. No. 12) for screening purposes,[1] the Court concludes service of Plaintiff's equal protection claim against Defendant Justin Vanata arising on May 21, 2024 (Doc. No. 12 at 5; Doc. No. 2 at 40-44) is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Justin Vanata. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 12), Summons, and this Order on Defendant Vanata without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 12th day of March, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).