**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MICHAEL JOYCE,                                                                                    PLAINTIFF
ADC # 150227

v.                                            3:24CV00243-DPM-JTK

JUSTIN VANATA, et al.                                                                         DEFENDANTS

## ORDER

After screening Michael Joyce's ("Plaintiff") Amended Complaint (Doc. No. 12) pursuant to the Prison Litigation Reform Act,[1] the Court ordered service of Plaintiff's claims against Defendant Justin Vanata. (Doc. No. 15). Summons for Defendant Vanata was returned unexecuted. (Doc. No. 17). The Court was provided a last known address for Defendant Vanata that will be maintained under seal. (Id.)

The Clerk of the Court is directed to reissue Summons for Defendant Justin Vanata, address under seal, and the United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 12), Summons, and this Order on Defendant Vanata at the address under seal (Doc. No. 17) without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 1st day of May, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).