# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MICHAEL JOYCE,                                                   PLAINTIFF
ADC # 150227

v.                       3:24CV00243-DPM-JTK

JUSTIN VANATA, et al.                                    DEFENDANTS

## **ORDER**

Defendant Justin Vannattan, through counsel, provided his full and correct name in his Motion to Dismiss. (Doc. No. 25). The Clerk of the Court is directed to change the style of this case to reflect Defendant Vannattan's full and correct name.

IT IS SO ORDERED this 17th day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE