IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHEAL JOYCE
ADC #150227                                                                PLAINTIFF

v.                          No. 3:24-cv-243-DPM

JUSTIN VANNATTAN, Corporal                                       DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 30*, and overrules Joyce's objections, *Doc. 34*. Fed. R. Civ. P. 72(b)(3). The behavior alleged in the amended complaint is wrong. But there aren't enough facts to state a claim for a violation of Joyce's constitutional rights. The motion to dismiss, *Doc. 25*, is granted. Joyce's equal protection claim against Corporal Vannattan will be dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2025