# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MICHEAL JOYCE
ADC #150227                                                                PLAINTIFF

v.                              No. 3:24-cv-243-DPM

JUSTIN VANNATTAN, Corporal;
BRADEN VERSER, Sergeant; THOMAS
HURST, Warden; CHRISTOPHER
BUDNIK, Warden; TERRY HOWARD,
Kitchen Sergeant; JANICE BLAKE,
Disciplinary Hearing Recorder;
ROLONDA R. SCRUGGS, Disciplinary
Hearing Recorder; RICHARD E. LEE,
Lieutenant; ZACHARY HARMON,
Lieutenant; PIGFORD, Sergeant;
SHURIKA BROWN, Grievance
Coordinator; WILLIAM F. STRAUGHN,
Deputy; ROGERS, Mental Health,
Grimes Unit; MICHAEL MORRIS,
Lieutenant, Grimes Unit; and DEXTER
PAYNE, Director, ADC                                                      DEFENDANTS

## JUDGMENT

Joyce's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 September 2025